# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13485-JKF

EVA M. FARMER

1 Maple Street

Marcus Hook, PA 19061

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    EVA M. FARMER

    1 Maple Street

    Marcus Hook, PA 19061

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN  
    JOHN L MCCLAIN AND ASSOCIATES  
    PO BOX 123  
    NARBERTH, PA 19072-

Date: 12/27/2016

/S/ William C. Miller  
_____  
William C. Miller, Esquire  
Chapter 13 Standing Trustee