IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Farmer, Eva M. | : | Chapter 13 |
| Debtor | : | 16-13485 jkf |

### CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Motion to Approve Mortgage Modification, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on <u>March 5, 2017.</u>

    "/s/"Mitchell J.Prince]
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

PNC Mortgage, a division of PNC Bank, NA
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342-5421
PER Proof of Claim

PNC Mortgage, a division of PNC Bank, NA
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106
Brian C. Nicholas, Esquire

Farmer, Eva M.
1 Maple Street
Marcus Hook, PA 19061