# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eva M. Farmer<br>    Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK<br>    Movant<br>  vs.<br><br>Eva M. Farmer<br>    Debtor(s)<br><br>William C. Miller<br>    Trustee | CHAPTER 13<br><br>NO. 16-13485 JKF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Plan of PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK, which was filed with the Court on or about **December 21, 2016**.

Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

March 30, 2017