United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-13485-jkf
Eva M. Farmer                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Mar 31, 2017
                             Form ID: pdf900        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db              +Eva M. Farmer,   1 Maple Street,   Marcus Hook, PA 19061-4614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
         agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
         bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
        JOHN L. MCCLAIN    on behalf of Debtor Eva M. Farmer aaamcclain@aol.com,  edpabankcourt@aol.com
        THOMAS I. PULEO    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

      Farmer, Eva M.               : Chapter 13

          Debtor              : 16-13485 jkf

## ORDER

    **AND NOW**, this $^{30th}$day of  March    , 2017, it is hereby **ORDERED** that if Eva M. Farmer, (the "Debtor") and PNC Mortgage, a division of PNC Bank, N.A. ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. § 362.

                              _____
                              United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

PNC Mortgage, a division of PNC Bank, NA
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342-5421
PER Proof of Claim

PNC Mortgage, a division of PNC Bank, NA
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106
Brian C. Nicholas, Esquire

Farmer, Eva M.
1 Maple Street
Marcus Hook, PA 19061

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107