United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eva M. Farmer  
    Debtor

Case No. 16-13485-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: May 26, 2017  
                      Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.  
db           +Eva M. Farmer,    1 Maple Street,    Marcus Hook, PA 19061-4614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:

       ANDREW F GORNALL     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION et al...  
        agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       BRIAN CRAIG NICHOLAS     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION et al...  
        bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       JOHN L. MCCLAIN     on behalf of Debtor Eva M. Farmer aaamcclain@aol.com, edpabankcourt@aol.com  
       THOMAS I. PULEO     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION et al...  
        tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                       TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Eva M. Farmer
      Debtor(s)

Chapter: 13
Bankruptcy No: 16–13485–jkf

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this May 25, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Jean K. FitzSimon
                                          Judge ,
                                          United States Bankruptcy Court