United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eva M. Farmer  
    Debtor

Case No. 16-13485-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Nov 25, 2019  
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.  
13808329      +PNC Bank, National Association,   c/o PNC Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:  
      ANDREW F GORNALL   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...  
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      BRIAN CRAIG NICHOLAS   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...  
       bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      JOHN L. MCCLAIN   on behalf of Debtor Eva M. Farmer aaamcclain@aol.com, edpabankcourt@aol.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...  
       bkgroup@kmllawgroup.com  
      THOMAS I. PULEO   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...  
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13485-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Eva M. Farmer
1 Maple Street
Marcus Hook PA 19061

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: PNC Bank, National Association, c/o PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 | NewRez Mortgage LLC d/b/a Shellpoint Mortgage Serv<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/27/19

Tim McGrath
**CLERK OF THE COURT**